District of Massachusetts

Attachment 1

Plantiff
Jacqueline Diesso

v

Stop & Shop

FILED IN THE OFFICE
2012 FEB 24 P 1:0[?]

Complaint

The Plantiff's Address is:
421 Gatehouse Dr.
East Wareham, MA 02538

The Defendant's Home office is, Stop & Shop
1385 Hancock St.
Quincy, MA 02169

Jurisdiction
I filed a charge with the EEOC for Employment Discrimination of Age They have issued me a Notice of Right to Sue.

Allegations

1. I have been a victim of Employment Discriminat[ion]
2. I am over the Age of 40.
3. I was Qualified to Perform the duties of the Job
4. I was replaced by a much younger Employee

United States District Court
District of Massachusetts

Exhibit A
  Initial Charge to the EEOC

Exhibit B
  Defendants Position Statement

Exibit C
  Plantiffs response to Defendant Position Statement

Exhibit D
  Communication between EEOC Investorvater and Mr. Waterman of Stop & Shop

Exhibit E
  Communication between EEOC Investorvater and Employee that replaced me in the Pharmacy

Jacqueline Dросе Pro SE
421 gatehouse Dr.
E. Wareham MA 02538
Tel 774-269-9311
2-24-12